# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JORGE RAMIREZ,                                )
                                              )
                          Plaintiff,          )     Case No.: 2:13-cv-00706-GMN-NJK
            vs.                               )
                                              )     **ORDER GRANTING DEFENDANT'S**
FEDERAL HOME LOAN MORTGAGE                     )     **MOTION TO DISMISS WITHOUT**
CORPORATION,                                  )     **PREJUDICE (ECF No. 7)**
                                              )
                          Defendant.          )
_____)

Before the Court is the Motion To Dismiss Complaint With Prejudice For Failure To State A Claim Upon Which Relief Can Be Granted Pursuant To Fed. R. Civ. P. 12(B)(6) filed by Defendant Federal Home Loan Mortgage Corporation on April 30, 2013. (ECF No. 7.) Plaintiff did not file a Response in opposition to Defendant's Motion.  Therefore, in accordance with LR 7-2(d) of the Local Rules of Practice for the United States District Court for the District of Nevada, Plaintiff's failure to file points and authorities in response to Defendant's motion constitutes a consent to the granting of said motion.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (ECF No. 1-1) filed on April 25, 2013, is hereby **DISMISSED without prejudice** for failure to file a response in accordance with LR 7-2(d) of the Local Rules of Practice for the United States District Court for the District of Nevada.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly, and thereafter close this case.

**DATED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge