DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
darren.brenner@akerman.com
tenesa.scaturro@akerman.com

*Attorneys for Defendant Federal Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:13-cv-00706-GMN-NJK<br><br>**ORDER GRANTING MOTION TO EXPUNGE** *LIS PENDENS* |

On June 19, 2013, this Court granted defendant's motion to dismiss. ECF No. 13. Plaintiff moved for reconsideration, which this Court denied on December 31, 2013. ECF No. 21. Defendant moved to expunge the *lis pendens* recorded against the property.

The Court finds that plaintiff recorded a *lis pendens* against 3713 Sunrise Avenue, Las Vegas, Nevada 89110, designated assessor parcel no. 140-31-311-036 on March 26, 2013.

The Court grants defendant's requested relief and orders, adjudges, and decrees that the above-referenced *lis pendens* is canceled, released, and expunged.

**DATED** this 7th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

{28417875;1}